# IN THE SUPREME COURT OF THE STATE OF NEVADA

HANK CLACKUM,
Petitioner,
vs.
CLARK COUNTY JUSTICE COURT,
HENDERSON TOWNSHIP; THE
HONORABLE RODNEY BURR,
JUSTICE OF THE PEACE; THE
EIGHTH JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA, IN AND
FOR THE COUNTY OF CLARK; AND
THE HONORABLE KATHY A.
HARDCASTLE, SENIOR JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70567

FILED

DEC 15 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus[1] asks this court to direct the dismissal of count 1, lewdness with a child under the age of 14, for lack of jurisdiction. A writ of mandamus will issue only "where there is not a plain, speedy and adequate remedy in the ordinary course of law," NRS 34.170, and an appeal is generally an adequate legal remedy that precludes writ relief, *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Petitioner has an adequate remedy at law. *See* NRS 2.090(2) (the district court's denial of a petition for a writ of mandamus is an appealable decision); NRAP 3A(b)(1); *Shannon v. State*,

---

[1]To the extent petitioner seeks a writ of prohibition, he fails to provide any authority or argument for the issuance of said writ.

16-39058

105 Nev. 782, 791, 783 P.2d 942, 947 (1989) (allowing a challenge as to jurisdiction to be raised on appeal). Petitioner fails to demonstrate that the circumstances in this case warrant this court's exercise of its original jurisdiction. *See State v. Second Judicial Dist. Court (Ducharm)*, 118 Nev. 609, 614, 55 P.3d 420, 423 (2002). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Chief Judge, The Eighth Judicial District Court
Hon. Kathy A. Hardcastle, Senior Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]The stay previously imposed by this court is lifted.